1   McGREGOR W. SCOTT
    United States Attorney
2   KRISTIN S. DOOR, SBN 84307
    Assistant U.S. Attorney
3   501 I Street, Suite 10-100
    Sacramento, CA 95814
4   Telephone: (916) 554-2723

5   Attorney for Plaintiff

6

7

8               IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,        )   2:06-CV-02306-DFL-GGH
                                     )
12              Plaintiff,           )   APPLICATION AND ORDER
                                     )   FOR PUBLICATION
13       v.                          )
                                     )
14  REAL PROPERTY LOCATED AT 8779 WEST )
    LANE AVENUE, GLENDALE, MARICOPA  )
15  COUNTY, ARIZONA, ASSESSOR'S TAX  )
    PARCEL NUMBER: 142-28-050,       )
16  INCLUDING ALL APPURTENANCES AND  )
    IMPROVEMENTS THERETO,            )
17                                   )
                Defendant.           )
18  _____)

19       The United States of America, plaintiff herein, applies for

20  an order of publication as follows:

21       1.   Rule C(4) of the Supplemental Rules for Certain

22  Admiralty and Maritime Claims provides that the plaintiff shall

23  cause public notice of the action and arrest to be given in a

24  newspaper of general circulation in the district, designated by

25  order of the Court;

26       2.   Local Rule 83-171, Eastern District of California,

27  provides that the Court shall designate by order the appropriate

28  newspaper for publication;

                              1

1    3.    The defendant real property shall be posted in Maricopa

2 County, Glendale, Arizona;

3    4.    Plaintiff proposes that publication be made as follows:

4        a.    Four publications;

5        b.    In the following newspaper, a legal newspaper of

6 general circulation, located in the county (Maricopa) in which

7 the defendant property is located: Arizona Business Gazette;

8        c.    The publication to include the following:

9            (1)    The Court, title and number of the action;

10            (2)    The date of the posting;

11            (3)    The identity and/or description of the

12 property posted;

13            (4)    The name, address and telephone number of the

14 attorney for the plaintiff;

15            (5)    A statement that claims of persons entitled

16 to possession or claiming an interest pursuant to Supplemental

17 Rule C(6) of the Federal Rules of Admiralty must be filed with

18 the Clerk and served on the attorney for the plaintiff within 30

19 days after the date of publication;

20            (6)    A statement that answers to the complaint

21 must be filed and served within 20 days after the filing of the

22 claims and, in the absence thereof, default may be entered and

23 condemnation ordered;

24            (7)    A statement that applications for

25 intervention under Fed. R. Civ. P. 24 by persons claiming

26 maritime liens or other interests shall be filed within the 30

27 days allowed for claims for possession; and

28            (8)    The name, address, and telephone number of

2

1 | the U.S. Marshal and/or Bureau of Alcohol, Tobacco, Firearms and

2 | Explosives.

3 | DATED: Oct. 18, 2006            McGREGOR W. SCOTT
                                     United States Attorney
4 |

5 |                                 /s/ Kristin S. Door
                                     KRISTIN S. DOOR
6 |                                 Assistant U.S. Attorney

7 |

8 |                                 **ORDER**

9 |       IT IS SO ORDERED.

10 | DATED: 10/24/06                 /s/ Gregory G. Hollows

11 |                                 UNITED STATES MAGISTRATE JUDGE

12 | westlane.ord

13 |

14 |

15 |

16 |

17 |

18 |

19 |

20 |

21 |

22 |

23 |

24 |

25 |

26 |

27 |

28 |