Jason M. Silver #192,635
SILVER LOCKWOOD PLC
4800 North Scottsdale Road
Sixth Floor
Scottsdale, Arizona 85251
Attorneys for Akrum Alrahib

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　Plaintiff,<br>vs.<br><br>8779 WEST LANE AVENUE, GLENDALE, MARICOPA COUNTY, ARIZONA, APN: 142-28-050 INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO<br>　　　　　Defendants. | No. 06-CV-02306 FCD KJM<br><br>MOTION FOR WITHDRAWAL OF COUNSEL; ORDER<br><br>(No Hearing Requested) |

COMES NOW, counsel for Defendant Akrum Alrahib, and requests this Court grant its request to withdraw as co-counsel of record, based on the following facts:

1. Defendant has voluntarily requested the termination of services (see attached Exhibit "A").

2. Quin Anthony Denvir (Rothschild, Wishek and Sands) is the lead attorney and continues to represent Defendant.

3. Defendant will not be prejudiced or harmed by counsel's withdrawal.

Respectfully submitted this ____ day of June, 2007.

　　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　　Jason M. Silver
　　　　　　　　　　　　　　　　　　　Silver Lockwood PLC
　　　　　　　　　　　　　　　　　　　4800 North Scottsdale Road, Sixth Floor
　　　　　　　　　　　　　　　　　　　Scottsdale, Arizona 85251
　　　　　　　　　　　　　　　　　　　Telephone: (480) 429-3360

IT IS SO ORDERED.

DATED: July 5, 2007

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE